UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D.G. SWEIGERT,

                Plaintiff(s),                        Case No.  23-cv-11870

v.                                          Honorable  Laurie J. Michelson

JASON GOODMAN, 21st CENTURY 3D, and
CROWDSOURCE THE TRUTH,           Magistrate Judge  Elizabeth A. Stafford

                Defendant(s).

_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No.  ____22-cv-10002____.  Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Gershwin A. Drain  and Magistrate Judge  Kimberly G. Altman .

                                       s/Laurie J. Michelson
                                       Laurie J. Michelson
                                       United States District Judge

                                       s/Gershwin A. Drain
                                       Gershwin A. Drain
                                       United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type:  CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date:  August 3, 2023                            s/N. Ahmed
                                             Deputy Clerk

cc:   Parties and/or counsel of record
      Honorable Gershwin A. Drain