UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.G. SWIEGERT,

        Plaintiff,

                                        Case No.: 23-cv-11870

v.                                    Honorable Gershwin A. Drain

JASON GOODMAN, *et al*.,

        Defendants.
_____/

### JUDGMENT

In accordance with the Order entered on today's date, **IT IS ORDERED AND ADJUDGED** that this cause of action is DISMISSED WITHOUT PREJUDICE.

Dated at Detroit, Michigan, this 6th day of October, 2023.

                                        KINIKIA D. ESSIX
                                        CLERK OF THE COURT

                                        BY: Teresa McGovern
                                        CASE MANAGER

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 6, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager